**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued September 19, 2019
Decided September 19, 2019

Before

DIANE S. SYKES, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 19-1601

| | |
|---|---|
| HAROLD STONE, et al., <br>     *Plaintiffs-Appellees*, <br><br> *v.* <br><br> SIGNODE INDUSTRIAL GROUP LLC, <br> et al., <br>     *Defendants-Appellants*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division <br><br> No. 1:17-CV-05360 <br><br> **Thomas M. Durkin**, <br> *Judge*. |

**O R D E R**

Upon consideration of the parties' briefs and oral arguments, the stays of the district court's permanent injunction issued by this court on June 17, 2019 and June 21, 2019 are hereby vacated, effective immediately, for substantially the reasons stated by the district court in issuing the permanent injunction. A full opinion will follow. The district court has the authority to take appropriate steps to oversee and implement its permanent injunction, pending issuance of our full opinion.